**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| Plaintiff, | |
| v. | Case No.:  17-0816-TJK |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | Case No.:  18-1219 TJK |
| Defendant. | |

**JOINT STATUS REPORT**

Plaintiff Center for Biological Diversity ("Center") has brought two cases under the Freedom of Information Act ("FOIA") against defendant Environmental Protection Agency ("EPA"), which are currently before this Court:  Civil No. 17-0816 TJK and Civil No. 18-1219 TJK.  By Minute Order dated July 26, 2018, at the parties' request, the Court stayed briefing in these two cases so that the parties could try to see if they could settle them without the need for further judicial intervention.

Since that time the parties have engaged in written and verbal communications that significantly reduced the issues in dispute.  They have reached an agreement about the scope of EPA's remaining search and production of records in Case Number 18-1219-TJK, and accordingly, EPA produced records to the Center as represented in the parties' April 5, 2019 joint status report.  ECF No. 18.  EPA made its final production of records on April 18, 2019.

In light of EPA's efforts to search for and produce records responsive to the Center's FOIA requests at issue in these consolidated cases, Civil No. 17-0816 TJK and Civil No. 18-1219 TJK, the Center considers its FOIA requests satisfied for the purposes of resolving this litigation.

Nothing in this status report shall be construed as an admission or stipulation by Plaintiff that EPA has fully complied with the FOIA or by EPA that it has not fully complied with the FOIA.

The only issue now that remains to be resolved is Plaintiff's recovery of attorney's fees and costs.  The parties are hopeful that they will be able to successfully resolve this issue without the need for court intervention.

To allow time for the parties to discuss settlement of attorneys' fees and costs, the parties request to file another joint status report on or before June 15, 2019, unless a resolution has occurred before that date, in which case the parties will so notify the Court.

DATED: May 1, 2019                    Respectfully submitted,

JESSIE K. LIU,
D.C. BAR # 47284
United States Attorney
   for the District of Columbia

DANIEL VAN HORN,
D.C. Bar #924092
Chief, Civil Division

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. Bar #416587
Assistant United States Attorney,
555 4th Street, N.W.
Washington, D.C.  20530
Tel: (202) 252-2561
Marina.Braswell@usdoj.gov

*Of counsel:*
Lynn Kelly
Office of General Counsel
U.S. Environmental Protection Agency

*Attorneys for Defendant*

AND

/s/ Margaret E. Townsend
Margaret E. Townsend (DC Bar No OR0008)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6409
mtownsend@biologicaldiversity.org

/s/ Amy R. Atwood
Amy R. Atwood (D.C. Bar No. 470258)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6401
atwood@biologicaldiversity.org

*Attorneys for Plaintiff*