**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No.: 17-0816-TJK<br>Case No.: 18-1219 TJK |

**JOINT STATUS REPORT**

Plaintiff Center for Biological Diversity ("Center") has brought two cases under the Freedom of Information Act ("FOIA") against defendant Environmental Protection Agency ("EPA"), which are currently before this Court: Civil No. 17-0816 TJK and Civil No. 18-1219 TJK. By Minute Order dated July 26, 2018, at the parties' request, the Court stayed briefing in these two cases so that the parties could try to see if they could settle them without the need for further judicial intervention. Since that time the parties have engaged in written and verbal communications that significantly reduced the issues in dispute. EPA made its final production of records on April 18, 2019. In light of EPA's efforts to search for and produce records responsive to the Center's FOIA requests at issue in these consolidated cases, Civil No. 17-0816 TJK and Civil No. 18-1219 TJK, the Center considers its FOIA requests satisfied for the purposes of resolving this litigation. Nothing in this status report shall be construed as an admission or stipulation by Plaintiff that any action(s) by EPA described herein constitutes EPA's full compliance with FOIA.

The parties are continuing to work to resolve the issue of Plaintiff's request to recover attorneys' fees and costs and seek additional time to try and do this without the need for court

intervention.  Accordingly, to allow further time for the parties to discuss settlement of attorneys' fees and costs, the parties request to file another joint status report on or before October 8, 2019, unless a resolution has occurred before that date.

DATED: August 23, 2019                    Respectfully submitted,

JESSIE K. LIU,
D.C. BAR # 47284
United States Attorney
   for the District of Columbia

DANIEL VAN HORN,
D.C. Bar #924092
Chief, Civil Division

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. Bar #416587
Assistant United States Attorney,
555 4th Street, N.W.
Washington, D.C.  20530
Tel: (202) 252-2561
Marina.Braswell@usdoj.gov

*Of counsel:*
Lynn Kelly
Office of General Counsel
U.S. Environmental Protection Agency

*Attorneys for Defendant*

AND

*/s/ Margaret E. Townsend*
Margaret E. Townsend (DC Bar No OR0008)
Amy R. Atwood (D.C. Bar No. 470258)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6409
mtownsend@biologicaldiversity.org

*Attorneys for Plaintiff*

2